**To:** Andy Gunn[agunn@biomedomics.com]
**Cc:** Baowei Jiang[bjiang@biomedomics.com]; Brad Heidinger[bheidinger@biomedomics.com]
**From:** Kent Lupino[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=71A6B7A82B454D6BBE96E535A75448EE-KLUPINO]
**Sent:** Fri 4/3/2020 9:33:45 AM (UTC-04:00)
**Subject:** REF Number for kits
REF Question_Andy.pdf

Hey Andy,

I need your advice regarding the REF number that goes on kits we ship to BD.

They are shipping pre-printed labels that include UDI barcodes. This label also includes BD's REF number (256083) printed above the barcode (see attached)

We normally put our REF number (51-002-01) on the rear of the box above the lot number and expiration date (see attached).

Obviously, we can't have two REF numbers on the same kit. From a traceability point of view, if we use BD's REF number what do we need to document internally? Also, can we delete the pre-printed icons for REF, LOT and Exp Date on the rear of the box, and just include the icons on any label that is printed for the rear of the box? In other words, for BD kits, we do not print the REF icon or number, but we do print a label with LOT icon, LOT number, Exp Date icon, and Expiration date. Then for all other kits, we would include that information plus our REF number and REF icon on the smaller label that goes on the back of the box.

Does that make sense? Give me a call when you can and we can discuss.

Thanks,

Kent Lupino
Director of Marketing & Product Management



www.biomedomics.com

This the label that BD is sending us to put on the boxes, which includes their REF number.



This is where our REF number would normally go: 51-002-20

