| To: | Frank Wang[fwang@biomedomics.com] |
|---|---|
| From: | Troy Hopps[troy_hopps@bd.com] |
| Sent: | Mon 4/27/2020 1:56:43 PM (UTC-04:00) |
| Subject: | RE: Distribution proposal for other regions |

Region volume estimates ex US for serology test.xlsx

Frank, attached is the estimated volumes and pricing from our Region's outside the US. You will notice that on average, the Max selling pricing for the assay is around $10.00. As we discussed, it would be very helpful if we could come to an agreement on the pricing as we are prepared to commit to 1.5M units a month for a year. If BD was able to go to $6.00 and pay for all the shipping from China, do you think we could agree?

In addition to all of the other items listed below:

- BD would guarantee purchasing a minimum of 1.5M units/month for the next 12 months for distribution by BD entities outside the US (minimum purchase volumes after 12 months TBD)
- Initial term would be three years, renewable
- BD would have a non-exclusive marketing and distribution rights in these territories
- BD would be responsible for all regulatory registrations required to sell the product in each of the countries
- BD would be responsible for all clinical studies to support any registration requirements as well as evidence generation through local academic collaborators

BD is also supporting you with the EUA studies as well as working with MGH to help get the POC approval.

I will call you later today to discuss, as this might as well be a way to take advantage of the CE mark to ship to Western Europe immediately with your kits.

Thanks



**Troy Hopps**
*Business Group Leader – Point of Care*
*Integrated Diagnostic Solutions*
*BD Life Sciences*
Troy.Hopps@bd.com
10865 Road to the Cure,
San Diego, California 92121
US
**t:** 858.795.7892
**c:** 858.295.9573

**bd.com**



---

**From:** Frank Wang [mailto:fwang@biomedomics.com]
**Sent:** Wednesday, April 22, 2020 6:45 PM
**To:** Troy Hopps <troy_hopps@bd.com>; Dave Hickey <Dave_Hickey@bd.com>
**Subject:** Re: Distribution proposal for other regions

Dear Dave and Troy:

Thank you very much for your proposal for other regions.
As we discussed this morning with Troy, we need to agree on the price.

Since we already sold our tests at $10-$12 (per test) to other regions and there are significant material cost increases, Can we set at $8.00 per test to other regions to BD?

As we discussed, I also talked with our company lawyer for the next step.

Thank you and talk to you later.

```
Frank Wang, Ph.D.
CEO
```



```
BioMedomics, Inc.
Tel: 984-464-3560
```
fwang@biomedomics.com
www.biomedomics.com

Private and Confidential:
The contents of this E-Mail and any attachments hereto are Confidential. This E-Mail must not be disclosed to, copied or used by anyone other than the addressee. If you received this message in error, any use, disclosure or copying of this document is unauthorized, please delete this E-Mail.

---

**From:** Troy Hopps <troy_hopps@bd.com>
**Date:** Monday, April 20, 2020 at 1:07 PM
**To:** Frank Wang <fwang@biomedomics.com>
**Cc:** Dave Hickey <Dave_Hickey@bd.com>
**Subject:** Distribution proposal for other regions

Hi Frank, thanks for the call this morning to get an update on China export situation and discuss our proposal for distribution of your assay outside the US. Below are the highlights that we would like to incorporate into an additional term sheet:

- BD would guarantee purchasing a minimum of 1.5M units/month for the next 12 months for distribution by BD entities outside the US (minimum purchase volumes after 12 months TBD)
- Acquisition price/test would be $5.00 (increased vs what we are paying in the US to help offset your current pricing in these markets)
- Initial term would be three years, renewable
- BD would have a non-exclusive marketing and distribution rights in these territories
- BD would be responsible for all regulatory registrations required to sell the product in each of the countries
- BD would be responsible for all clinical studies to support any registration requirements as well as evidence generation through local academic collaborators

Would be happy to set up another call this week to discuss and how we can move forward quickly based on your ramp up of your manufacturing.

Thanks

Troy



**Troy Hopps**

*Business Group Leader – Point of Care*
*Integrated Diagnostic Solutions*
*BD Life Sciences*
Troy.Hopps@bd.com
10865 Road to the Cure,
San Diego, California 92121
US
**t:** 858.795.7892
**c:** 858.295.9573

**bd.com**



*********************************************************************
IMPORTANT MESSAGE FOR RECIPIENTS IN THE U.S.A.:
This message may constitute an advertisement of a BD group's products or services or a solicitation of interest in them. If this is such a message and you would like to opt out of receiving future advertisements or solicitations from this BD group, please forward this e-mail to optoutbygroup@bd.com. [BD.v1.0]
*********************************************************************
This message (which includes any attachments) is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, use, copy or distribute this message. If you received this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************
Corporate Headquarters Mailing Address: BD (Becton, Dickinson and Company) 1 Becton Drive Franklin Lakes, NJ 07417 U.S.A.

| Country | Tests per Month | | Price Range | |
| --- | --- | --- | --- | --- |
| **WEU** | Min | Max | Min | Max |
| Spain | 100,000 | 400,000 | $ 10.00 | $ 12.50 |
| Italy | 80,000 | 400,000 | $ 9.50 | $ 11.50 |
| France | 80,000 | 100,000 | $ 8.00 | $ 11.50 |
| Nordic | 80,000 | 100,000 | $ 13.70 | $ 16.00 |
| BNL | 8,000 | 16,000 | $ 11.50 | $ 13.70 |
| GSA | 40,000 | 60,000 | $ 7.00 | $ 8.50 |
| UK | 200,000 | 400,000 | $ 8.50 | $ 12.00 |
| Total | **588,000** | **1,476,000** | **$ 9.74** | **$ 12.25** |
| | | | | |
| **LA** | 300,000 | **500,000** | **$ 8.00** | **$ 10.00** |
| | | | | |
| **Canada** | | **100,000** | **$ 7.00** | **$ 10.00** |
| | | | | |
| Gr. China | | | | |
| | | | | |
| **CASAJ** | | | | |
| **Japan** | | 100,000 | | $ 30.00 |
| ANZ | 50000 | 100,000 | $ 10.00 | $ 15.00 |
| Thailand | | 50,000 | $ 6.00 | $ 15.00 |
| | | **250,000** | **$ 8.00** | **$ 20.00** |