**To:** Sylvie Connors[sconnors@biomedomics.com]; Kent Lupino[klupino@biomedomics.com]
**Cc:** Brad Heidinger[bheidinger@biomedomics.com]
**From:** Emma Qiu[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3817F734CFA24B918F9BFDCBDF3E6121-CQIU]
**Sent:** Tue 6/9/2020 4:19:06 PM (UTC-04:00)
**Subject:** RE: PCO 20-020 and PCO 20-028
[Labeling Variations 060920.pdf](#)

Attached please find the 3 labeling variations we will have with the Gen 2 product. We really need to finalize our labeling variations and REF numbers, can we talk about this tomorrow at the management meeting?

@Kent Lupino do you know if it's at all possible to have US and CE use the same labels? Thanks!

-Emma

---

**From:** Sylvie Connors <sconnors@biomedomics.com>
**Sent:** Tuesday, June 9, 2020 10:43 AM
**To:** Emma Qiu <cqiu@biomedomics.com>; Kent Lupino <klupino@biomedomics.com>
**Cc:** Brad Heidinger <bheidinger@biomedomics.com>
**Subject:** RE: PCO 20-020 and PCO 20-028

Team~

If the 51-003-20 labels haven't been used yet, is there any reason we can't retract them from use along with the 51-003 REF and just update 51-002 to include the kit variation indicators?


Sylvie J. Connors
Sr. QA Associate



---

**From:** Emma Qiu <cqiu@biomedomics.com>
**Sent:** Tuesday, June 9, 2020 10:08 AM
**To:** Sylvie Connors <sconnors@biomedomics.com>; Kent Lupino <klupino@biomedomics.com>
**Subject:** PCO 20-020 and PCO 20-028

Hi Sylvie and Kent,

I've managed to find out what happened to the 2-30$^0$C 51-002-20 and 51-003-20 labels after they were informally distributed to Medomics.

For 51-002-20 labels (PCO 20-028): they were applied to 1.4M BD US tests, I've included the lot list in the PCO as an attachment
For 51-003-20 labels (PCO 20-020): even though they were sent to Medomics, they have not used them in production, so I think we can pass this PCO off as the initial distribution of these labels to Medomics.

@Kent Lupino if you can fill in the reason why the back labels are released, these PCO's can be circulated for review and closed. Thanks!

Best Regards,
**Emma Qiu, MS, ASQ Certified Quality Engineer**
Product Quality Engineer

Company Main: 919-890-3070
Cell: 919-904-3800

cqiu@biomedomics.com



1100 Perimeter Park Drive, Ste 104
Morrisville, NC 27560
www.biomedomics.com

# Labels for BD US (51-002-20) Kits



51-LBL-002-BACK-01



51-LBL-002-POUCHF-02



51-LBL-512.US-02

MK1027M0112



REF 256083

(17)210514(10)2020051505

(01)00860003217184

# Labels for BD CE (51-003-20) Kits

MK1027M0116





51-LBL-003-POUCHF-02



51-LBL-512.EU-02

MK1027M0112



# Labels for BioMedomics CE (51-003-20) Kits



51-LBL-003-POUCHF-02



51-LBL-003-BACK-01



51-LBL-512.EU-02