# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
Civil Action No. 5:20-cv-536-FL

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>BIOMEDOMICS, INC.<br><br>        Defendant. | **ORDER** |

This matter comes before the Court on Plaintiff and Counterclaim Defendant Becton, Dickinson and Company ("BD") motion for extension of time pursuant to Rules 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure. For good cause shown, and with the consent of Defendant and Counterclaim Plaintiff BioMedomics, Inc., BD's motion is GRANTED. The Court's amended case management order (DE 19, 54, 57) is AMENDED as follows:

    **a.** Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, shall be served by the party bearing the burden of proof by **January 18, 2022,** and by the party without the burden of proof by **February 17, 2022;**

    **b.** Supplemental disclosures shall be served by **February 9, 2022,** with the exception of expert witness disclosures;

    **c.** All discovery shall be commenced or served in time to be completed by **April 19, 2022;**

    **d.** Mediation must be completed by **April 19, 2022;** and

  e. All potentially dispositive motions shall be filed by **June 2, 2022.**

Except as amended herein, the Court's case management orders (DE 19, 54, 57) remain in full effect.

  SO ORDERED, this the __12__ day of January, 2022.

                  _____
                     Louise W. Flanagan
                   United States District Judge